IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ALEXANDRIA DIANE HENRY,

Petitioner,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

v.

CASE NO. 1D16-1130

DEPARTMENT OF HIGHWAY
SAFETY AND MOTOR
VEHICLES,

Respondent.

_____/

Opinion filed November 15, 2016.

Petition for Writ of Certiorari – Original Jurisdiction.

Susan Z. Cohen and David M. Robbins, of Epstein & Robbins, Jacksonville, for Petitioner.

Jason Helfant, Senior Assistant General Counsel, Tallahassee, for Respondent

PER CURIAM.

DENIED.

MAKAR, KELSEY, and WINSOR, JJ., CONCUR.